Exhibit to Defendant's Response to Plaintiff's
Motion for Summary Judgment

**CIVIL ACTION NO. 4:17-CV-01332**

# EXHIBIT A

Right, I'm sure she knew that as well, but you know

## Message details

Type
Text message

To
Bryan Hunter((███████████))

Priority
Normal

Time sent
6:10 AM Nov 1

Delivery report
Not requested

Status
Sent

OK

everyone agrees but still

> It's really unfair if u were the only one she asked for feedback on
> 8:39 AM

> I think I was and I believe a lot of untruth came from her boyfriend Sam too.
> 8:45 AM

> No doubt. I'm sure it did. He's petty like that. Hence y I really don't fool with "her" and don't care to
> 8:47 AM

> She may Fire me before it's all said and done, but I'm not going down without a fight and without exposing her evil and hateful ways.
> 8:47 AM

> Don't blame u. Have u tried to reach out to Julie?
> 9:22 AM

> Yes but missed a call to her because I was working the career fair at Lee College and couldn't get away...it was just me working. I tried to reschedule but never heard

Friday, November 18, 2016

> Hey Bryan you left to go back yet? I haven't been able to catch up with Julie and really need to talk to someone about Melissa. She just is not letting up on me. She told me yesterday, after all the changes I've made and stuff completed that she still feels I'm not meeting her expectations even though she sees I'm trying....what the hell??? Even Chris was like damn...and asked me afterwards if I'm ok because I looked pretty disappointed in the meeting with her. I can't win with this women.

7:51 AM

Nah i leave on the 28th. I refuse to believe that bs. What expectations!? She never even gave u a chance

7:53 AM

> Exactly. I told Kristin and she said thats bs because it should not nave been a

**It sucks that u're being singled out too. Makes it look very discriminatory as well** 7:35 AM

I really feel that way. She'll have meetings with Kristin and Chris and leave me out, she won't call me at all about things but she always calls them. She didn't send flowers or so much as a get well card when I was in the hospital or on leave, but had Kristin send flowers to Kelly when her dog died. It's crap like that that makes me feel like she has something against me out of my control. She doesn't like any black people...not one. In 10 months I've never heard her say one good thing about a black person....hell I haven't even see her talk to one besides Paul and she rarely even talk to him. Did I tell you she wrote him up behind some mail truck bs? I just happened to see it in the disciplinary log one day